IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THOMAS OEI<br>    Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | SA:20-CV-01218-DAE |
| STATE FARM LLOYDS<br>    Defendant | §<br>§<br>§ | |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice as to State Farm Lloyds, with each party to bear its own costs.

San Antonio, Texas this 23rd day of February, 2021.

_____
United States District Judge